**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name  Mijangos       Jaime
    (Last)    (First)    (Initial)

Prisoner Number  E-81550

Institutional Address  P.O. Box-689, G-322L
Soledad, CA 93960-0689

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jaime Mijangos
(Enter the full name of plaintiff in this action.)

vs.

A.P. Kane, Warden CTF, Respondent;
Arnold Schwarzenegger, Governor,
and Board of Parole Hearings,
Real Parties in Interest.
(Enter the full name of respondent(s) or jailor in this action)

Case No. CV 07 5508
(To be provided by the clerk of court)

PETITION FOR A WRIT OF HABEAS CORPUS (PR)

E-filing

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS           - 1 -

1  **Who to Name as Respondent**

2      You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents.

6      If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now and the Attorney General of the state in which the judgment you seek to attack
9  was entered.

10  **A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE**

11      1. What sentence are you challenging in this petition?

12          (a)  Name and location of court that imposed sentence (for example; Alameda
13              County Superior Court, Oakland):
14  <u>Los Angeles County Superior Court, Los Angeles</u>
15              Court                                    Location
16          (b)  Case number, if known <u>BA019784</u>
17          (c)  Date and terms of sentence <u>12-27-1990, 18 years to life.</u>
18          (d)  Are you now in custody serving this term? (Custody means being in jail, on
19              parole or probation, etc.)       Yes <u>X</u>    No ____
20              Where?
21              Name of Institution: <u>Correctional Training Facility</u>
22              Address: <u>P.O. Box 686, Soledad, CA 93960-0686</u>
23      2. For what crime were you given this sentence? (If your petition challenges a sentence for
24  more than one crime, list each crime separately using Penal Code numbers if known. If you are
25  challenging more than one sentence, you should file a different petition for each sentence.)
26  <u>Penal Code Sections 187, 12022.5 and 12022.7.</u>
27  
28  

PET. FOR WRIT OF HAB. CORPUS          - 2 -

| | | |
|---|---|---|
| 3. Did you have any of the following? | | |
| Arraignment: | Yes _X_ | No ___ |
| Preliminary Hearing: | Yes _X_ | No ___ |
| Motion to Suppress: | Yes ___ | No _X_ |

4. How did you plead?

   Guilty ___   Not Guilty _X_   Nolo Contendere ___

   Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

   Jury ___   Judge alone _X_   Judge alone on a transcript ___

6. Did you testify at your trial?   Yes _X_   No ___

7. Did you have an attorney at the following proceedings:

   (a) Arraignment                     Yes _X_   No ___
   (b) Preliminary hearing             Yes _X_   No ___
   (c) Time of plea                    Yes _X_   No ___
   (d) Trial                           Yes _X_   No ___
   (e) Sentencing                      Yes _X_   No ___
   (f) Appeal                          Yes _X_   No ___
   (g) Other post-conviction proceeding Yes ___   No _X_

8. Did you appeal your conviction?   Yes ___   No ___

   (a) If you did, to what court(s) did you appeal?

   Court of Appeal                Yes _X_   No ___
   Year: 1991      Result: Denied

   Supreme Court of California    Yes ___   No _X_
   Year: _____   Result: _____

   Any other court                Yes ___   No _X_
   Year: _____   Result: _____

   (b) If you appealed, were the grounds the same as those that you are raising in this

|   |   |   |   |
|---|---|---|---|
| 1 | | petition? | Yes _____ No _X_ |
| 2 | (c) | Was there an opinion? | Yes _____ No _X_ |
| 3 | (d) | Did you seek permission to file a late appeal under Rule 31(a)? | |
| 4 | | | Yes _____ No _X_ |

5    If you did, give the name of the court and the result:

6    _____

7    _____

8  9. Other than appeals, have you previously filed any petitions, applications or motions with respect to
9  this conviction in any court, state or federal?          Yes _____  No _X_

10        [Note: If you previously filed a petition for a writ of habeas corpus in federal court that
11  challenged the same conviction you are challenging now and if that petition was denied or dismissed
12  with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit
13  for an order authorizing the district court to consider this petition. You may not file a second or
14  subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28
15  U.S.C. §§ 2244(b).]

NOTE: All information hereinafter regards exhaustion of petition for writ of habeas corpus challenging 09-13-05 Board of Parole Hearings denial.

16     (a)   If you sought relief in any proceeding other than an appeal, answer the following
17           questions for each proceeding. Attach extra paper if you need more space.
18      I.   Name of Court: Los Angeles County Superior Court
19           Type of Proceeding: Petition for Writ of Habeas Corpus
20           Grounds raised (Be brief but specific):
21           a. Petitioner filed 2 Grounds exhausting the same
22           b. 2 Grounds filed herein.  See Petition herein at
23           c. page 1, footnote 1, for a synopsis of state
24           d. court exhaustion.
25           Result: Denied (Exhibit I)     Date of Result: 01-30-07
26      II.  Name of Court: Cal. Ct. of Appeal, 2nd App. Dist.
27           Type of Proceeding: Petition for Writ of Habeas Corpus
28           Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS            - 4 -

|   |   |   |
|---|---|---|
| 1 | | a. Petitioner filed 2 Grounds exhausting the 2 |
| 2 | | b. grounds filed herein. |
| 3 | | c. |
| 4 | | d. |
| 5 | | Result: Denied (Exhibit J)    Date of Result: 03-20-07 |
| 6 | III. | Name of Court: California Supreme Court |
| 7 | | Type of Proceeding: Petition for Writ of Habeas Corpus |
| 8 | | Grounds raised (Be brief but specific): |
| 9 | | a. Petitioner filed 2 Grounds exhausting the 2 |
| 10 | | b. Grounds filed herein. |
| 11 | | c. |
| 12 | | d. |
| 13 | | Result: Denied (Exhibit K)    Date of Result: 09-19-07 |
| 14 | IV. | Name of Court: |
| 15 | | Type of Proceeding: |
| 16 | | Grounds raised (Be brief but specific): |
| 17 | | a. |
| 18 | | b. |
| 19 | | c. |
| 20 | | d. |
| 21 | | Result: ____ Date of Result: ____ |

22    (b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                                Yes ____    No  X

24            Name and location of court: ____

25   B. GROUNDS FOR RELIEF

26            State briefly every reason that you believe you are being confined unlawfully. Give facts to
27   support each claim. For example, what legal right or privilege were you denied? What happened?
28   Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS        - 5 -

1 need more space. Answer the same questions for each claim.

2 [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3 petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: THE PETITIONER HAS A CONSTITUTIONALLY PROTECTED LIBERTY INTEREST IN PAROLE AND DUE PROCESS RIGHTS UNDER THE 5TH AND 14TH AMENDMENTS OF THE U.S. CONSTITUTION, THAT CAN NOT BE INFRINGED UPON BY AN UNCONSTITUTIONAL AND UNREVIEWABLE STATE COURT STANDARD OF LAW.

Supporting Facts: See Petition for Writ of Habeas Corpus pages 1-3 and Memorandum of Points and Authorities at pages 11-15 and Ground I a pages 15-20 attached hereinafter.

Claim Two: THE BOARD DEPRIVED PETITIONER OF HIS LIBERTY INTEREST AND DUE PROCESS RIGHTS BY REPEATEDLY DENYING HIM PAROLE BASED ON THE UNCHANGING FACTS OF THE COMMITMENT OFFENSE AND IGNORING THE EVIDENCE OF HIS REHABILITATION PROGRAMMING AND CONTINUED EXEMPLARY BEHAVIOR WHILE INCARCERATED.

Supporting Facts: See Petition for Writ of Habeas Corpus pages 1-2, 4-10 and Memorandum of Points and Authorities at pages 11-15 and Ground II at pages 21-48 attached hereinafter.

Claim Three: _____

Supporting Facts: _____

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

All 2 Grounds raised herein have been fully and timely exhausted in state court(s) and are ripe for federal adjudication.

PET. FOR WRIT OF HAB. CORPUS        - 6 -

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases: Greenholtz 442 U.S. 1; Allen 542 U.S. 368; Hill 472 U.S. 445; McQuillion 306 F.3d 895; Biggs 334 F.3d 910; Irons v. Carey 479 F.3d 658; Rosenkrantz v. Marshall 444 F.Supp.2d 1063; Martin v. Marshall 431 F.Supp.2d 1038; Sanchez v. Kane 444 F.Supp.2d 1049; Willis v. Kane 485 F.Supp.2d 1126; In re Ramirez 94 Cal.App.4th 549; In re Rosenkrantz 29 Cal.4th 616; In re Dannenberg 35 Cal.4th 1061; In re Scott 119 Cal.app.4th 871 and 133 Cal.App.4th 573; In re E. Smith 114 Cal.App.4th 343; In re M. Smith 109 Cal.App.4th 489; In re W. Lee 143 Cal.App.4th 1400; In re Elkins 144 Cal.App.4th 475; In re Weider 145 Cal.App.4th 570; In re Lawrence 150 Cal.App.4th 1511; In re Barker 151 Cal.App.4th 346; etc....

Do you have an attorney for this petition?     Yes____   No  X

If you do, give the name and address of your attorney: _____

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on 10/2/07                        _____[signature]_____
              Date                              Signature of Petitioner

(Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS          - 7 -