Laudatory and Self-Help Documentation

# EXHIBIT B

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128-B (Rev.4/74)

**NAME and NUMBER**      **MIJANGOS, J**      **E81550**      **GW-322L**

You attended meetings for the Alcoholics Anonymous Group for the 1st Quarter 2005 (January, February, and March).
You have actively participated in the "B" Group. You provide service and input to the Group with your attendance. Through this
program, you are shown what tools are available to you. By following "The 12 Steps of Recovery" in your life, you show your
willingness to improve yourself.

       **You have been a participant at CTF since:** 01-10-2002
**You have participated in these additional meetings:** None

Original : Central File
    cc: Staff Sponsor
      : Inmate

*Villa*
K.L. Villa
**AA Staff Sponsor**
**CTF-Central Facility**

DATE      3/28/05      **(LAUDATORY CTF- Central Facility)**      GENERAL CHRONO

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128-B (Rev.4/74)

**NAME and NUMBER**    MIJANGOS, J    E81550    GW-322L

You have attended meetings of the Alcoholics Anonymous Group for the 4th Quarter 2004 (October, November, and December) You have actively participated in the "B" Group. You provide service and input to the Group with your attendance. Through this program, you are shown what tools are available to you. By following "The 12 Steps of Recovery" in your life, you show your willingness to improve yourself.

You have been a participant at CTF since: 01-10-2002

Original : Central File
    cc: Staff Sponsor
    : Inmate

K.L. Villa
**AA Staff Sponsor**
**CTF-Central Facility**

DATE    12/22/04    (LAUDATORY  CTF- Central Facility)    GENERAL CHRONO

CDC 128-B

NAME and NUMBER    **MIJANGOS, J.**    E81550    G-322L

Mr. Mijangos has been working with the Vocational Computer Repair Classroom Students since July 13, 2004. On July 26-30, 2004 Mr. Mijangos did participate in helping 20 students with a special project consisting of upgrading 87 computers, these were for California schools in the Sacramento area. Mr. Mijangos has always been dedicated in helping students learn about computers. Thanks for a job well done.

CC: Central File
    Education File
    Writer
    Inmate
    CCI Wadleigh, Unit 1

L. Motherwell
VCR Instructor
Correctional Training Facility

Date: November 8, 2004    **Laudatory Chrono**    General Chrono

DEPARTMENT OF CORRECTIONS
CDC-128-B (Rev.4/74)

STATE OF CALIFORNIA

**NAME and NUMBER**    MIJANGOS, J    E81550    GW-322L

You have attended meeting for the Alcoholics Anonymous Group for the **Third Quarter 2004 (July, August, and September)** You have actively participated in the "B" Group. You provide service and input to the Group with your attendance. Through this program, you are shown what tools are available to you. By following "The 12 Steps of Recovery" in your life, you show your willingness to improve yourself.

You have been a participant at CTF since: 01-10-2002

Original : Central File
    cc: Staff Sponsor
    : Inmate

K.L. Villa
**AA Staff Sponsor**
**CTF-Central Facility**

DATE    9/27/04    (LAUDATORY  CTF- Central Facility)    GENERAL CHRONO

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128-B (Rev.4/74)

**NAME and NUMBER**    MIJANGOS, J    E81550    GW-322L

You have attended meeting for the Alcoholics Anonymous Group for the 2nd Quarter - 2004 (April, May, and June)
You have actively participated in the "B" Group. You provide service and input to the Group with your attendance.
Through this program, you are shown what tools are available to you. By following "The 12 Steps of Recovery" in
your life, you show your willingness to improve yourself.

You have been a participant at CTF since: 01-10-2002

Original : Central File
    cc: Staff Sponsor
     : Inmate

K.L. Villa
AA Staff Sponsor
CTF-Central Facility

DATE    7/8/04    (LAUDATORY  CTF- Central Facility)    GENERAL CHRONO

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128-B (Rev.4/74)

**NAME and NUMBER**    MIJANGOS,  J    E81550    GW-322L

You have attended meetings of the Alcoholics Anonymous "B" Group for the 1st Quarter of 2004 (January, February,
and March). You provide service to the Group by your attendance. Through this program, you are shown what tools are
available to you. By following "The 12 Steps of Recovery" in your life, you will show your willingness to improve
yourself.

You have been a participant at CTF since: 01-10-2002

Original : Central File
    cc: Staff Sponsor
     : Inmate

K.L. Villa
AA Staff Sponsor
CTF-Central Facility

DATE    4/8/04    (LAUDATORY CTF-Central Facility)    GENERAL CHRONO

**NAME**  MIJANGOS, J    **NUMBER**  E81550    **CELL**  G-322L    **CDC-128B**

Inmate MIJANGOS, J E81550 has successfully completed a course in the cause, prevention, treatment and
management of Sexually Transmitted Infections.

**Original:**    Central File
**cc:**    IPEP File
     Inmate

Peer Education/Coordinator

C-3877

DATE: 3/16/04    **GENERAL CHRONO**

**NAME**   MIJANGOS, J          **NUMBER**  E81550          **CELL**  G-322L          **CDC-128B**

Inmate MIJANGOS, J E81550 has successfully completed a course in the cause, prevention, treatment and management of HIV/AIDS.

Original:   Central File
cc:         IPEP File
            Inmate

Peer Education Coordinator

**C-3838**

**DATE:** 2/20/04                                                           **GENERAL CHRONO**

---

**NAME**   MIJANGOS, J          **NUMBER**  E81550          **CELL**  G-322L          **CDC-128B**

Inmate MIJANGOS, J E81550 has successfully completed a course in the cause, prevention, treatment and management of Tuberculosis.

Original:   Central File
cc:         IPEP File
            Inmate

Peer Education Coordinator

**C-3815**

**DATE:** 2/13/04                                                           **GENERAL CHRONO**

---

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS
                                                                            CDC-128-B (Rev 4/74)

**NAME and NUMBER**      MIJANGOS, J      E81550      GW-322L

You have attended meetings of the Alcoholics Anonymous "B" Group for the 4th Quarter of 2003 (October, November, and December). You provide service to the Group by your attendance. Through this program, you are shown what tools are available to you. By following "The 12 Steps of Recovery" in your life, you will show your willingness to improve yourself.

You have been a participant at CTF since: 01-10-2002

Original : Central File
cc: Staff Sponsor
    : Inmate

K.L. Villa
**AA Staff Sponsor**
**CTF-Central Facility**

DATE /2/18/03              **(LAUDATORY CTF-Central Facility)**              GENERAL CHRONO

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128-B (Rev.4/74)

**NAME and NUMBER    MIJANGOS, J     E81550     GW-322L**

Since the Self Help Program resumed in August, you have attended meetings of the Alcoholics Anonymous "B" Group for the 3rd Quarter of 2003 (August, and September). You provide your service to the group by your attendance and participation. Through this program, you are shown what tools are available to you by following "The 12 Steps of Recovery." By following these steps in your life, it will show your willingness to improve yourself.

You have been participating at CTF since:  01-10-2002

K.L. Villa
A.A. Staff Sponsor
CTF-Central Facility

Original : Central File
    cc: Staff Sponsor
      : Inmate

DATE: 11/3/03          (LAUDATORY CTF- Central Facility)          GENERAL CHRONO

---

**NAME(LAST, FIRST)  Mijangos, Jaime          E81550          GW322L          CDC-128B**

Please be advised that Inmate Mijangos, E81550 (GW322L) has broken his glasses while performing his duties.  Inmate Mijangos has been a productive worker for the Computer Repair Program since his assignment on 5/21/2002. On March 20, 2001, the CPU case was standing on it's side so Inmate Mijangos could re-secure the feet on the bottom of the case. He pulled his glasses from his face, laying them on the bench, to rub his eye.  Suddenly, the student next to Mijangos, while moving a large monitor, bumped his CPU case causing the case to fall over onto his glasses.  The frames were broken at the right temple.  It will be appreciated if you could repair his glasses because he needs them to perform his duties.

CC: CMO-Medical
    Optometry
    Counselor
    C-File
    Inmate
    File

Anita Saple, M&SS I
Darin Smalridge, ET
Computer Refurbishing Program
ext. 4906

DATE: February 6, 2003          **LAUDATORY CHRONO**          CTF-SOLEDAD

---

NAME: **MIJANGOS, JAIME**          NUMBER: **E81550**      CELL: **GW-322L**      CDC-128B

Mr. MIJANGOS has completed the Information Technologies/Data Processing Curriculum and has earned a grade of "A".  He has received a Certificate of Completion in recognition of this accomplishment.

Original:     Central File
    CC:     Supervisor's File
              Inmate's Education File
              Inmate

Marty DoLove
Vocational EDP Instructor

Date:          5/22/01          (Laudatory)          GENERAL CHRONO

NAME: **MIJANGOS, JAIME**          NUMBER: **E81550**    CELL: **GW-322L**    CDC-128B

Mr. MIJANGOS has completed the Data Processing Concepts portion of the Information Technologies/Data Processing Curriculum and has earned a grade of "**A**". He has received a Certificate of Achievement in recognition of this accomplishment. His timely completion of this work has prepared him to continue with the program.

Original:      Central File
    CC:      Supervisor's File
             Inmate's Education File
             Inmate

Marty DoLove
Vocational EDP Instructor

Date:      5/3/01          (Laudatory)          **GENERAL CHRONO**

---

NAME and NUMBER  **MIJANGOS,**      **E-81550**      **G-322L**          CDC-128-B (Rev. 4/74)

The above named student has successfully completed a series of lectures entitled: "SALESMANSHIP". Sponsored by CTF's Muslim Development Center. This course is part of a religious ethics series designed to prepare student to be productive members of society. The lessons were based on morality, ethics, etiquette and opening and closing sales. In addition to ethics, we focused on concepts of charity and the responsibility of businesses to the community and the environment. We stressed the importance of family values and support for those values in the work place. This student is commended for his participation and hard work in this program.    As a result of his participation, he is better prepared to lead a more productive life.   Subject's participation in this program entitles him to this documentation and a certificate of completion.

ORIG : C-File
CC  : Chaplain
    : Inmate

Imam Antar Jannah
Muslim Chaplain
Correctional Training Facility Central

DATE    4/8/01      (SALESMANSHIP II)          GENERAL CHRONO

---

NAME and NUMBER  MIJANGOS, J.    E- 81550    A-4 236L          CDC-128-B (Rev. 4/74)

For over seven months I have observed I/M MIJANGOS, J. E-81550 A-4-236L as a Tutor and Clerk in the English As a Second Language class, Academic Section Education Department, WSP-R.C. I/M MIJANGOS is extremely motivated and highly proficient in fulfilling his responsibilities. As the E.S.L. Clerk, I/M MIJANGOS has assisted me wiht recordkeeping, filing, finalizing reports. He is neat and punctual, and he tries his best with much success. He truly does an outstanding job. I/M MIJANGOS helps other students master their required language competencies, in addition.

He is a very fine role-model for the E.S.L. students. I hope that he will continue his future endeavors with equal success.

ORIGINAL: C-FILE
      CC: S.C.E.P.
          P.A.
          C.C.II
          WRITER INMATE

S. ARNO
E.S.L. Teacher    GENERAL CHRONO

DATE    12/29/94

DEPARTMENT OF CORRECTION.
CORRECTIONAL TRAINING FACILITY

Vocational Computer Repair Program
5 miles north of Soledad, Hwy 101
P.O. BOX 686
SOLEDAD, CA.  93960-0686



Date: October 15, 2004

Subject:  J. Mijangos E81550

TO whom it may concern:

My Name is Larry Motherwell; I am the instructor for the Computer Refurbishing Program here at C.T.F., Soledad.

   Mr. Mijangos has been assigned to the Vocational Computer Refurbishing since April 6, 2004 his days off are Sat, Sun and Holidays.  The VCR Program is a combination of education and production areas.  These areas were shutdown for a year due to some security problems.  Mr. Mijangos and 5 others were given the task of completely disassembling the VCR area and reorganizing it to accommodate 27 students.  The new vocational computer program was now designed to accomplish a twofold task; (1) students would have the ability to have educational studies; (2) and on the job training. This project took approximately 3 ½ months.  On July 13, 2004 the task of creating a classroom was complete enabling classes for the first time in 14 months.  On September 4, 2004, Mr. Mijangos and 5 other individuals were told that the production portion of the VCR program was being shut down Statewide.  Efforts would have to be made to have all donated equipment ready for shipment on November 1, 2004.  VCR has been running since January 1996 and to have every nut/bolt and computer gone by November is an overwhelming task.  Mr. Mijangos and 5 other individuals have been working everyday since that notice to pack-up and palletize 8 years of Computers and equipment.  Due to Mr. Mijangos hard work and dedication to this program everything was done on time.  Mr. Mijangos is a great worker, and outstanding individual that I would highly recommend for employment in any setting.

Larry Motherwell
Instructor, V.C.R.
Ext. 4906

Cc:   C-File
       Supervisor
       Inmate

# Inmate Peer Education Program

This is to certify that

## J. MIJANGOS

has successfully completed a
course of instruction in

## Sexually Transmitted Infections

an "Infectious Disease". Date: 3/16/04

_signature_

Inmate Peer Education Program Coordinator
Correctional Training Facility

C-3877

Certificate Number

# Inmate Peer Education Program

This is to certify that

## J. MIJANGOS

has successfully completed a
course of instruction in

### Tuberculosis

an "Infectious Disease". Date: **2/13/04**

Inmate Peer Education Program Coordinator
Correctional Training Facility

**C-3815**

Certificate Number

# Inmate Peer Education Program

This is to certify that

## J. MIJANGOS

has successfully completed a course of instruction in

## HIV/AIDS

an "Infectious Disease". Date: __2/20/04__

C-3838
Certificate Number

Inmate Peer Education Program Coordinator
Correctional Training Facility



# CERTIFICATE OF COMPLETION

*presented by*

## The Amer-I-Can Program, Inc.

*to*

JAIME MALANCOS

*for successfully completing the*

*Responsibility of Self-Determination Program*

Jim Brown, President & Founder

Administrator    5/11/95
Date

"Eliminate the negative, establish the facts and choose your best option."



# Certificate of
# APPRECIATION

*May it be known by all who read this*

*that this Certificate of Appreciation*

*has been presented to*

JAIME MIJANGOS

*For*

THE BEST TUTOR

*Presented this* ___1st___ *Day of* ___Nov.___ , 19 _94_ .

___S. ARNO E.S.L. TEACHER___

SIGNED

___VALLEY ROSE ADULT SCHOOL___

ORGANIZATION

©August 1986

Vocational Training Documentation

# EXHIBIT C

# CERTIFICATE OF APPRECIATION

This certificate is presented to

*Jaime Mijangos*

## COMPUTER REFURBISHING PROGRAM
Valley Adult School

For his ongoing support in helping provide the necessary tools for students in public schools throughout California to compete in our technological world.

**Technology Training Foundation of America**

*Jeanette Basta*
President/Executive Director, TTFA          11-20-02

*Frederick Rau*
Director of Operations, TTFA          11-20-02



*Sacramento Give-Away Project*

E. R. Parham, CRP Site Coordinator          1/20-02



# Valley Adult School

awards a

## Certificate of Completion

IN

## Information Technologies

TO

### Jaime Mijangos

Certificate Number MP-248

Marty DoLove
Instructor
Marty DoLove

Supervisor of Vocational Instruction
E. R. Parham

Supervisor of Education
Gerald Atchley

| SKILLS ATTAINED | A | B | C | D |
|---|---|---|---|---|
| Word Processing: | | | | |
| MS-Word (Windows) 6.0 | x | | | |
| Spreadsheets: | | | | |
| MS-Excel (Windows) 5.0 | x | | | |
| Database: | | | | |
| dBase (Windows) 5.0 | x | | | |
| MS-Access 2.0 | x | | | |
| OS Systems: | | | | |
| DOS & Windows | x | | | |

Journeyman                    Apprentice

1-2-3-4-5-6-7-8  Phase of Training

| ATTITUDES | A | B | C | D | F |
|---|---|---|---|---|---|
| (1) Effort | x | | | | |
| (2) Cooperation | x | | | | |
| (3) Initiative | x | | | | |
| (4) Adaptability | x | | | | |
| (5) Reliability | x | | | | |

Related Technical Training

Hours: N/A    Grade: A

On the Job:

Total Hours Completed: N/A

Composite Grade: _____

Attendance:    Excellent

| SKILLS ATTAINED | A | B | C | D |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Journeyman                    Apprentice

1-2-3-4-5-6-7-8  Phase of Training

Marty DoLove

_____
Instructor
Marty DoLove

Comments or Observations: Mr. Jaime Mijangos applied himself diligently and completed all tasks assigned to him in a timely manner. Mijangos always offered his assistance, was an asset to the class, promoted a healthy working environment for everyone, and always sought out tasks to be accomplished. Mijangos is punctual, reliable, and will be an asset to any working environment.

May 22, 2001
Date



# Valley Adult School

### awards a

## Certificate of Achievement

### IN

## Data Processing Concepts

### TO

### Jaime Mijangos

Certificate Number ___MP-256___

_Marty DoLove_
Instructor
Marty DoLove

Supervisor of Education
Gerald Atchley

Supervisor of Vocational Instruction
E. R. Parham

| SKILLS ATTAINED | A | B | C | D |
|---|---|---|---|---|
| Computers In Business | x | | | |
| Civilizing Cyberspace | x | | | |
| Processing Data | x | | | |
| Interacting with Computers | x | | | |
| Storing Information | x | | | |
| OS and User Interfaces | x | | | |
| Spreadsheets | x | | | |
| DB Management Systems | x | | | |
| Management Info Systems | x | | | |
| Computer Programs | x | | | |
| Computers & Careers | x | | | |

Journeyman          Apprentice

1-2-3-4-5-6-7-8  Phase of Training

| ATTITUDES | A | B | C | D | F |
|---|---|---|---|---|---|
| (1) Effort | x | | | | |
| (2) Cooperation | x | | | | |
| (3) Initiative | x | | | | |
| (4) Adaptability | x | | | | |
| (5) Reliability | x | | | | |

Related Technical Training

Hours:    N/A    Grade:    A

On the Job:

Total Hours Completed:    N/A

Composite Grade:    A

Attendance:    Excellent

| SKILLS ATTAINED | A | B | C | D |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Journeyman          Apprentice

1-2-3-4-5-6-7-8  Phase of Training

Comments or Observations: Mr. Jaime Mjiangos is an excellent student who possesses creativity and works well within a team.  This certificate is awarded in recognition of his exemplary attitude and graded work.

March 21, 2001
Date

Marty DoLove
Instructor
Marty DoLove



Valley Adult School

awards a

Certificate of Achievement

IN

Business Applications

TO

Jaime Mijangos

Certificate Number _____ MP-257 _____

_Marty DoLove_
Instructor
Marty DoLove

Supervisor of Education
Gerald Atchley

Supervisor of Vocational Instruction
E. R. Parham

| SKILLS ATTAINED | A | B | C | D |
|---|---|---|---|---|
| Word Processing: | | | | |
| MS-Word (Windows) 6.0 | x | | | |
| Spreadsheets: | | | | |
| MS-Excel (Windows) 5.0 | x | | | |
| Database: | | | | |
| dBase (Windows) 5.0 | x | | | |
| MS-Access 2.0 | x | | | |
| OS Systems: | | | | |
| DOS & Windows | x | | | |
| | | | | |
| | | | | |

Journeyman                     Apprentice

1-2-3-4-5-6-7-8  Phase of Training

March 21, 2001
Date

| ATTITUDES | A | B | C | D | F |
|---|---|---|---|---|---|
| (1) Effort | x | | | | |
| (2) Cooperation | x | | | | |
| (3) Initiative | x | | | | |
| (4) Adaptability | x | | | | |
| (5) Reliability | x | | | | |

Related Technical Training

Hours:  N/A    Grade:    A

On the Job:

Total Hours Completed:    N/A

Composite Grade:  _____

Attendance:    Excellent

| SKILLS ATTAINED | A | B | C | D |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Journeyman                     Apprentice

1-2-3-4-5-6-7-8  Phase of Training

_Marty DoLove_
Instructor
Marty DoLove

Comments or Observations: Mr. Jaime Mijangos applied himself diligently and completed all tasks assigned to him in a timely manner. Mijangos always offered his assistance, was an asset to the class, promoted a healthy working environment for everyone, and always sought out tasks to be accomplished. Mijangos is punctual, reliable, and will be an asset to any working environment.

STATE OF CALIFORNIA
CDC 153-C (9/91)

E-81550
DEPARTMENT OF CORRECTIONS

*Vocational Education*

COMPLETION OF CERTIFICATION UNIT

FOR

*ELECTRONIC CALCULATOR*

IT IS WITH GREAT PLEASURE THAT WE SIGN AND PRESENT
THIS COMPLETION CERTIFICATE TO YOU.

CONGRATULATIONS FOR ACHIEVING THIS COMMENDABLE GOAL.

ISSUED TO

*JAIME MIJANGOS*

DECEMBER 7, 1994
DATE

VOCATIONAL INSTRUCTOR
E. HEER

SUPERVISOR OF VOCATIONAL INSTRUCTION
J. TOTINA
LOG # 30223



STATE OF CALIFORNIA
CDC 153-C (9/91)

E-81550
DEPARTMENT OF CORRECTIONS

*Vocational Education*

COMPLETION OF CERTIFICATION UNIT

FOR

BOOKKEEPING / RECORD KEEPING

IT IS WITH GREAT PLEASURE THAT WE SIGN AND PRESENT
THIS COMPLETION CERTIFICATE TO YOU.

CONGRATULATIONS FOR ACHIEVING THIS COMMENDABLE GOAL.

ISSUED TO

JAIME MITANGOS

DECEMBER 5, 1994
DATE

VOCATIONAL INSTRUCTOR
E. HEER

SUPERVISOR OF VOCATIONAL INSTRUCTION
J. ROTINA

LOG # 30214

STATE OF CALIFORNIA
CDC 153-C (9/91)

E—81550
DEPARTMENT OF CORRECTIONS

# *Vocational Education*

## COMPLETION OF CERTIFICATION UNIT

### FOR

GENERAL BUSINESS

IT IS WITH GREAT PLEASURE THAT WE SIGN AND PRESENT
THIS COMPLETION CERTIFICATE TO YOU.
CONGRATULATIONS FOR ACHIEVING THIS COMMENDABLE GOAL.

ISSUED TO

JAIME MITANGOS

NOVEMBER 17, 1994
DATE

SUPERVISOR OF VOCATIONAL INSTRUCTION
J. TOTINA
LOG # 39201

VOCATIONAL INSTRUCTOR
E. HEER



STATE OF CALIFORNIA
CDC 153-C (9/91)

E-81550
DEPARTMENT OF CORRECTIONS

# Vocational Education

## COMPLETION OF CERTIFICATION UNIT

### FOR

### JOB PREPARATION

IT IS WITH GREAT PLEASURE THAT WE SIGN AND PRESENT
THIS COMPLETION CERTIFICATE TO YOU.

CONGRATULATIONS FOR ACHIEVING THIS COMMENDABLE GOAL.

### ISSUED TO

### JAIME MIRANDOS

NOVEMBER 17, 1994
DATE

SUPERVISOR OF VOCATIONAL INSTRUCTION
J. TOTINA
LOG # 30200

VOCATIONAL INSTRUCTOR
E. HEER



STATE OF CALIFORNIA
CDC 153-C (9/91)

F-81550
DEPARTMENT OF CORRECTIONS

*Vocational Education*

COMPLETION OF CERTIFICATION UNIT

FOR

*BUSINESS ENGLISH*

IT IS WITH GREAT PLEASURE THAT WE SIGN AND PRESENT
THIS COMPLETION CERTIFICATE TO YOU.
CONGRATULATIONS FOR ACHIEVING THIS COMMENDABLE GOAL.

ISSUED TO

*JAIME MIJANGOS*

NOVEMBER 10, 1994
DATE

SUPERVISOR OF VOCATIONAL INSTRUCTION
J. TOTINA
LOG # _____ 30193

VOCATIONAL INSTRUCTOR
E. HEER



STATE OF CALIFORNIA
CDC 153-C (9/91)

B-61550
DEPARTMENT OF CORRECTIONS

# Vocational Education

## COMPLETION OF CERTIFICATION UNIT

### FOR

OFFICE SERVICES T.I.E. PROGRAM VALLEY ROSE ADULT SCHOOL
ALPHABETICAL FILING

IT IS WITH GREAT PLEASURE THAT WE SIGN AND PRESENT
THIS COMPLETION CERTIFICATE TO YOU.

CONGRATULATIONS FOR ACHIEVING THIS COMMENDABLE GOAL.

### ISSUED TO

JAIME MIJANGOS

SEPTEMBER 30, 1994
DATE

SUPERVISOR OF VOCATIONAL INSTRUCTION

J. TOTINA
LOG # 301146

VOCATIONAL INSTRUCTOR

E. HKER



STATE OF CALIFORNIA
CDC 153-C (9/91)

DEPARTMENT OF CORRECTIONS

E-81550

# *Vocational Education*

## COMPLETION OF CERTIFICATION UNIT

### FOR

OFFICE SERVICES T.I.E. PROGRAM VALLEY ROSE ADULT SCHOOL
PROOFREADING/PUNCTUATION/SPELLING

IT IS WITH GREAT PLEASURE THAT WE SIGN AND PRESENT
THIS COMPLETION CERTIFICATE TO YOU.

CONGRATULATIONS FOR ACHIEVING THIS COMMENDABLE GOAL.

ISSUED TO

JAIME MIJANGOS

SEPTEMBER 12, 1994
DATE

SUPERVISOR OF VOCATIONAL INSTRUCTION
J. MEDINA

VOCATIONAL INSTRUCTOR
E. HEER

LOG # 30114



E-81550

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
CDC 153-C (9/91)

# Vocational Education

## COMPLETION OF CERTIFICATION UNIT

### FOR

#### TYPEWRITER / WORDPROCESSOR

IT IS WITH GREAT PLEASURE THAT WE SIGN AND PRESENT
THIS COMPLETION CERTIFICATE TO YOU.
CONGRATULATIONS FOR ACHIEVING THIS COMMENDABLE GOAL.

ISSUED TO

*JAIME MIYANGOS*

1-18-94
DATE

VOCATIONAL INSTRUCTOR
E. HEER

SUPERVISOR OF VOCATIONAL INSTRUCTION
J. TOHMA

LOG # 30225



STATE OF CALIFORNIA
CDC 153-B (9/91)

E-81550

DEPARTMENT OF CORRECTIONS

# *Vocational Education*

## COMPLETION OF PROGRAM

*OFFICE SERVICE TIE PROGRAM*

IT IS WITH GREAT PLEASURE THAT WE SIGN AND PRESENT
THIS COMPLETION CERTIFICATE TO YOU.

CONGRATULATIONS FOR ACHIEVING THIS COMMENDABLE GOAL.

ISSUED TO

*JAIME MITAYGOS*

1-18-06
DATE

SUPERVISOR OF VOCATIONAL INSTRUCTION
J. TOTINA

LOG # 50024

VOCATIONAL INSTRUCTOR
E. HEER

Educational Documentation

# EXHIBIT D

19940719D023

# State of California

# High School Equivalency Certificate

This is to certify that

## JAIME MIJANGOS

has met the standards established by the California State Board of Education for successful completion of tests of General Educational Development and is therefore entitled to this high school equivalency certificate.

_Acting State Superintendent of Public Instruction_

_President of the California State Board of Education_

July 19, 1994

CALIFORNIA DEPARTMENT OF EDUCATION
STATE GED OFFICE

TESTS OF ____ RAL EDUCATIONAL DEVELOPMENT (GED)
_d by the California Department of Education

OFFICAL REPORT OF GED TEST RESULTS
GED-004 (6/93)

| EXAMINEE | TEST LANGUAGE |
|---|---|
| JAIME MIJANGOS | ENGLISH |

| DATE OF BIRTH | CERTIFICATE NUMBER |
|---|---|
| 07/19/63 | 19940719DC23 |

| GED ID NUMBER OR SOCIAL SECURITY NUMBER | DATE OF ISSUE |
|---|---|
| 930-31-2B08 | July 19, 1994 |

| TEST RESULTS | TEST DATE | FORM | STANDARD SCORE | PERCENTILE RANK FOR U.S. |
|---|---|---|---|---|
| TEST 1: WRITING SKILLS | 03/28/94 | AF | 43 | 23 |
| TEST 2: SOCIAL STUDIES | 01/19/93 | AE | 46 | 35 |
| TEST 3: SCIENCE | 01/19/93 | AE | 44 | 29 |
| TEST 4: INTERPRETING LITERATURE AND THE ARTS | 01/19/93 | AE | 50 | 50 |
| TEST 5: MATHEMATICS | 01/19/93 | AE | 47 | 35 |
| | | STANDARD SCORE TOTAL | 230 | |
| | | STANDARD SCORE AVERAGE | 46 | |

[X] PASSED*    [ ] FAILED*    [ ] INCOMPLETE

*Pass or Fail as determined by state policy.

## INTERPRETING GED TEST RESULTS

Performance on the GED Tests is reported in two ways:

*(1) Standard scores and percentile ranks —*

Results on each of the five GED Tests are given as *standard scores* ranging from 20 to 80 and *percentile ranks* ranging from 1 to 99; higher scores result from correctly answering more test questions. Both scores compare the examinee's results to those of a recent representative national sample of high school seniors. The average standard score for graduating high school seniors is 50; therefore, standard scores above 50 are above those of the typical recent high school graduate. The percentile ranks show the percent of the graduating seniors who earned scores at or below those of the examinee. For example, if an examinee's percentile rank is 30, the examinee's score is better than those of about 30 percent of the seniors.

*(2) Passed, Failed, or Incomplete —*

Each state, province and terrrority sets its own minimum scores for earning a high school equivalency credential. These minimum scores require examinees to earn scores as high as those of at least 27% of recent high school graduates. If the examinee scores meet or exceed the minimum required, the "Passed" box is marked. If not, the "Failed" box is marked. If any of the five subtests have not been completed, the "Incomplete" box is marked. Examinees who do not pass may retake the GED Tests in order to raise their scores. The local GED testing center can provide information about retesting. Additional preparation is usually recommended if examinees earn standard scores below 40. Local adult education programs often provide preparation classes as an aid in improving performance.

• • •

NOTE FOR RETEST SCORES: The scores on this report are the highest scores achieved by the examinee and not necessarily the most recent scores. If retest scores are lower than scores previously achieved, the retest scores are not reported.

• • •

The California Department of Education considers GED records confidential. GED records will not be released to any individual or agency other than an authorized GED Testing Center, without a signed request from the examinee.

Correspondence regarding the GED testing program in California may be directed to the following address:

State GED Office
California Department of Education
P.O. Box 710273
Sacramento, CA 94244-0273



WARNING:  This document is invalid if duplicated or altered in any way. For your protection, store this document in a safe place.

*Constance J. Barber*
Constance J. Barber
STATE GED ADMINISTRATOR

CALIFORNIA DEPARTMENT OF EDUCATION
STATE GED OFFICE

GED TEST RESULTS INFORMATION
GED-006 (6/90)



===

Dear Examinee:                                                July 19, 1994

Congratulations! You have achieved passing scores on the General Educational Development (GED) Tests, and we are pleased to present you with the California High School Equivalency Certificate. By law, the enclosed certificate is the equivalent of a high school diploma for employment purposes and must be accepted as such by all state and local public agencies in the State of California. An Official Report of GED Test Results and a wallet-sized certificate are also included in this package.

## CONFIDENTIALITY

The California Department of Education considers your records confidential. We will not release them to any individual or agency, other than an Official GED Testing Center, without a signed request from you.

## DUPLICATE RECORDS

If you need copies of your records, you must submit a signed request or an "Application to Release GED Records" form (available at local testing center) to this office that includes the following identifying information: Full name, GED ID number (in most cases, the social security number), date of birth, where tested, when tested, and mother's maiden name. This identifying information was originally collected by the testing center and is in our files. We compare any requests for records with this file data before releasing testing information. If you need duplicate records and were unable to provide the testing center with either the GED ID number or mother's maiden name, we will require a _notarized_ statement verifying your identity in addition to the signed request.

Please do not request records by telephone or in person; we are only able to provide testing information following a written request.

## DOCUMENT ERRORS

_Examinees have 90 days from the issue date of the High School Equivalency Certificate to correct document errors. After this time records are considered permanent and will not be changed._

If any typographical errors appear on the Equivalency Certificate or Official Report of Test Results, return all documents to the State GED Office (address below) with a written explanation of the error. Most errors will be corrected and the documents reissued to you without charge. For information on name changes or other modifications, also contact the State GED Office in writing at the address below. Make sure to include your current mailing address!

STATE GED OFFICE
California Department of Education
P.O. Box 710273
Sacramento, CA   94244-0273

JAIME MIJANGOS
PO BOX 8800
WASCO, CA 93280

Please cut along dashed line and place in your wallet. You should laminate the wallet certificate to prevent ink transfer.

```
STATE OF CALIFORNIA
HIGH SCHOOL EQUIVALENCY CERTIFICATE
ISSUED TO

JAIME MIJANGOS
```

| | | | | | |
|---|---|---|---|---|---|
| 19940719DC23 | | July 19, 1994 | | | |
| TEST RESULTS | 1 | 2 | 3 | 4 | 5 |
| FORM | AF | AE | AE | AE | AE |
| STANDARD SCORE | 43 | 46 | 44 | 50 | 47 |
| PERCENTILE RANK | 23 | 35 | 29 | 50 | 35 |

Self-Study Documentation

# EXHIBIT E



# Certificate of Completion

This document certifies that

Mijangos E–81550

has successfully completed

ENTREPRENEUR DEVELOPMENT, SALESMANSHIP CLASS

awarded this ___30___ day of ___APRIL___ 2001

_(Instructor)_

_Imam Andre Jamuh_
_Muslim Chaplain_

MUSLIM DEVELOPMENT CENTER
SOLEDAD CALIFORNIA



Wallng Abul School
OF
Certificate of Completion

Century 21 Accounting 1

TO

Jaime Milangos

Certificate Number

Instructor

CALIFORNIA

M. Abdul-Mateen
Supervisor of Academic Instruction
Mr. M. Abdul-Mateen

Supervisor of Education
Mr. G. Atchley



Walley Adult School

Certificate of Completion

Century 21 Accounting 2

TO

Jaime Mijangos

Certificate Number 011.652

CALIFORNIA

Supervisor of Academic Instruction
Mr. M. Abdul-Mateen

Instructor

Supervisor of Education
Mr. G. Atchley